# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE:**<br><br>**GENNADIY KUZMINSKIY** | 1:19-mc-00039-SAB<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO FILE COMPLAINT WITHOUT USE OF ELECTRONIC FILING SYSTEM, AND DIRECTING CLERK OF COURT TO CLOSE THE INSTANT ACTION |

On May 16, 2019, the Court received a motion from Plaintiff requesting relief from the electronic case filing system at Avenal State Prison.

Plaintiff contends that he does not have access to the law library at Avenal State Prison in order to file his complaint through use of the electronic case filing system. Plaintiff therefore requests to be exempt from filing his complaint through use of the electronic filing system.

On May 20, 2019, the Court directed Supervising Deputy Attorney General, Christopher Becker, to file a response by way of special appearance.

On May 28, 2019, Deputy Attorney General, Joanna Hood, submitted the declaration of A.Q. Howell-Jennings, an Office Technician employed at California State Prison, Solano (CSP-Solano), where Plaintiff is currently incarcerated. Howell-Jennings declares the following:

> Inmate Kuzminskiy transferred from Avenal to CSP-Solano on May 15, 2019. However, CSP-Solano also has an electronic case filing system.

///

///

1

1     On the morning of May 21, 2019, I accompanied the Litigation Coordinator Correctional Counselor II Monica Romero, to meet with inmate Kuzminskiy at the CSP-Solano Level II, Facility D Center Complex.  At that time, Counselor Romero told inmate Kuzminskiy that we understood he wanted to electronically file a complaint in federal court.  Inmate Kuzminskiy informed us that this was correct.  Counselor Romero told inmate Kuzminskiy that we wanted to show him where the law library was, and to introduce him to staff who will assist him.  We escorted inmate Kuzminskiy to the library, where Ms. G. Kaur and Ms. C. Brown advised him how to electronically file his complaint.  Staff provided inmate Kuzminskiy with a packed of detailed instructions on electronic case filing, a Form 22 with instructions to submit it to library staff so that it could be used as a receipt when he submits his complaint, and a copy of the library schedule to ensure that he has access to the library and its staff.  Counselor Romero also wrote the library hours in larger print on a post-it note, since the print on the scheduled he provided was small.

    Counselor Romero and I also provided inmate Kuzminskiy with a copy of the complaint that was attached to his request to file it without using the electronic filing system (ECF No. 1), and this Court's order requiring a response to his request (ECF No. 2).  While at the library, Counselor Romero asked inmate Kuzminskiy if he wanted to file his complaint, because library staff was available to assist him.  Inmate Kuzminskiy said that he wanted to look over his complaint again and did not want to electronically file the complaint at that time.  He stated that he would probably electronically file the complaint on May 22, 2019.

    At all times throughout our encounter with inmate Kuzminskiy on May 21, 2019, he effectively communicated with us.  He stated that he understood our communications, gave appropriate answers when asked questions, asked appropriate questions himself, and seemed to understand the electronica case filing process as it was explained to him.

(Declaration of A.Q. Howell-Jennings, ¶¶ 3-6.)

    Based on the declaration of A. Q. Howell-Jennings, it clear that Plaintiff has both a copy of his complaint and access to the electronic filing system at California State Prison-Solano (where he is currently incarcerated), to file his complaint if and when he desires to do so.  There is no basis for Court intervention and Plaintiff must comply with the normal procedures pursuant to the Court's Standing Order to have his complaint e-filed with this Court.  Therefore, Plaintiff's motion to be exempt from the electronic filing system shall be denied.

///
///
///
///
///

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request to be exempt from the electronic filing system is denied;
2. Plaintiff must comply with the Court's Standing Order to have his complaint e-filed by this Court and the failure to do so will result in return of the complaint as not filed; and
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **May 29, 2019**

UNITED STATES MAGISTRATE JUDGE